IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01643-WYD

CHRISTOPHER J. SCHEIBELER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court in connection with Plaintiff's Application for the Award of Attorney Fees Under the Equal Access to Justice Act (doc. # 21 filed December 17, 2009) and the Motion for Order Approving Stipulation of Attorney Fees Under the Equal Access to Justice Act (doc. # 22 filed December 18, 2009). In the initial motion, Plaintiff moved for an order granting payment of attorney's fees in the amount of $3,855.70 under the Equal Access to Justice Act ("EAJA"), 42 U.S.C. § 2412. In the motion filed the next day, the parties stipulate to an award of attorney fees in the amount of $3,600.00 under the EAJA. Having reviewed the motions, it is

ORDERED that the Motion for Order Approving Stipulation of Attorney Fees Under the Equal Access to Justice Act (doc. # 22) is **GRANTED** and the parties' Stipulation is approved. Defendant shall pay Plaintiff reasonable attorney fees in the amount of $3,600.00 under the Equal Access to Justice Act. It is

FURTHER ORDERED that in light of the foregoing, Plaintiff's Application for the Award of Attorney Fees Under the Equal Access to Justice Act (doc. # 21) is **DENIED AS MOOT**.

Dated December 23, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge